**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Michelle L. Brooks, | Civil No. 11-625 (RHK/JJG) |
| Plaintiff, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

---

The above-entitled matter is before the Court upon the August 7, 2012, Report and Recommendation of United States Magistrate Judge Jeanne J. Graham and Plaintiff's Objections thereto.

Based on this Court's de novo review of the Report and Recommendation, together with the Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 16) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 7) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 18, 2012

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge